| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Goldsmith, Mark A. | 2. Court or Organization<br><br>U.S. District Court for the Eastern District of Michigan | 3. Date of Report<br><br>2/5/2010 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,     Date 2/4/2010<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>1/31/2010 |
| 7. Chambers or Office Address<br><br>1200 N. Telegraph Road<br>Pontiac, MI 48341 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member of executive board of directors | Wayne State University Center for the Study of Citizenship |
| 2. Member of board of directors | American Constitution Society, Michigan lawyers chapter |
| 3. President | Federal Bar Association, E.D. Mich. chapter |
| 4. Circuit Judge | Oakland County, Michigan |
| 5. Vice President for Religious Affairs | B'nai B'rith Barristers |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2004 | Agreement with Honigman Miller Schwartz and Cohn (former firm) re separation from firm; receive $4,487.90/mo until 08/2012 |
| 2. 2004 | Honigman Miller Schwartz and Cohn Income Deferral and Profit Sharing Plan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 2/3/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | State of Michigan/Oakland County -- wages | $13,252.83 |
| 2. | 2010 | Honigman Miller Schwartz and Cohn separation agreement | $8,975.80 |
| 3. | 2009 | State of Michigan/Oakland County -- wages | $139,919.00 |
| 4. | 2009 | Honigman Miller Schwartz and Cohn separation agreement | $53,854.80 |
| 5. | 2008 | State of Michigan/Oakland County -- wages | $139,919.00 |
| 6. | 2008 | Honigman Miller Schwartz and Cohn separation agreement | $53,856.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | self-employed social worker |
| 2. | 2010 | Ann Taylor Retail, Inc. sales associate |
| 3. | 2009 | self-employed social worker |
| 4. | 2009 | Ann Taylor Retail, Inc. sales associate |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 2/3/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. GMAC | Car leases | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AIM Charter (IRA-Brok Acct # 1) | A | Dividend | L | T | Exempt | | | | |
| 2. Calamos Growth (IRA-Brok Acct #1) | | None | K | T | | | | | |
| 3. Fidelity Contra (IRA-Brok Acct #2) | A | Dividend | K | T | | | | | |
| 4. Fidelity Int'l Discovery (IRA-Brok Acct #2) | A | Dividend | K | T | | | | | |
| 5. Fidelity Int'l Small Cap (IRA-Brok Acct #2) | B | Dividend | K | T | | | | | |
| 6. Fidelity Cash Reserves (IRA-Brok Acct #2) | A | Dividend | J | T | | | | | |
| 7. TRowePrice Growth (401-K-Brok Acct #3) | | None | M | T | | | | | |
| 8. Van Kampen Growth & Income (401-K-Brok Acct #3) | | None | N | T | | | | | |
| 9. JP Morgan Small Cap Value Select (401-K-Brok Acct #3) | | None | M | T | | | | | |
| 10. Vanguard Mid-Cap Index (401-K-Brok Acct #3) | | None | M | T | | | | | |
| 11. SsgA Russell 2000 Index (employer 401-K) | | None | L | T | | | | | |
| 12. Pacific One Variable Annuity | | None | K | T | | | | | |
| 13. TRowePrice Blue Chip Growth | A | Dividend | K | T | | | | | |
| 14. Barron Asset (Brok Acct #4) | A | Dividend | L | T | | | | | |
| 15. Fidelity Int'l Discovery (Brok Acct #4) | A | Dividend | J | T | | | | | |
| 16. Janus Enterprise (Brok Acct #4) | | None | J | T | | | | | |
| 17. Janus 20 (Brok Acct #4) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Managers Fremont Microcap (Brok Acct #4) | | None | M | T | | | | | |
| 19. Vanguard 500 Index | B | Dividend | L | T | | | | | |
| 20. Fidelity Muni Money (UGMA-Brok Acct #5) | A | Dividend | J | T | | | | | |
| 21. Ishares TR S&P 500 Index (UGMA-Brok Acct #5) | A | Dividend | J | T | | | | | |
| 22. TIAACREF 100% Equity (UGMA-529) | | None | L | T | | | | | |
| 23. Ann Taylor Stores Corp common stock | | None | J | T | | | | | |
| 24. Fidelity Cash Reserves (IRA-Brok Acct #6) | A | Dividend | J | T | | | | | |
| 25. Life insurance (surrender value) | | None | J | T | | | | | |
| 26. Congregation Beth Shalom Bond | A | Interest | J | T | | | | | |
| 27. Israel Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,901 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 5 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 1 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 548 | 972 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 130 | 531 |
| Real estate owned-add schedule | | 400 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | Fidelity Margin | | 15 | 980 |
| Cash value-life insurance | | | 682 | | | | |
| Other assets itemize: | | | | | | | |
| Cong. Beth Shalom | | 5 | 000 | | | | |
| Israel Bonds | | | 377 | | | | |
| | | | | Total liabilities | | 146 | 511 |
| | | | | Net Worth | 1 | 865 | 020 |
| Total Assets | 2 | 011 | 531 | Total liabilities and net worth | 2 | 011 | 531 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |